## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**RICHARD I. MILLER**                                        **CIVIL ACTION**

**VERSUS**                                                            **No. 20-3044**

**TOURO INFIRMARY**                                          **SECTION I**

### ORDER

Before the Court is plaintiff Richard I. Miller's motion[1] to strike the declarations of Kawita Mai[2] and Jennifer Nguyen[3] offered by Touro Infirmary ("Touro") in support of its motion for summary judgment as to Miller's claims. Touro opposes[4] the motion, and Miller has filed a reply[5] to that opposition.

Miller argues generally that "the declarations are conclusory, lack sufficient factual support, and contain inadmissible lay opinions."[6] While some statements in the declarations might be described as conclusory or unsupported, Miller has not come close to offering the Court a reason to strike the declarations in their entirety. To the extent they are relevant to the Court's resolution of the pending summary judgment motion, the Court will rely on the declarations only to the extent that they offer competent summary judgment evidence.

Accordingly,

---

[1] R. Doc. No. 34.
[2] R. Doc. No. 30-8 (declaration).
[3] R. Doc. No. 30-6 (declaration).
[4] R. Doc. No. 43.
[5] R. Doc. No. 44-1 (proposed reply).
[6] R. Doc. No. 34, at 1.

**IT IS ORDERED** that the motion is **DENIED**.


New Orleans, Louisiana, June 11, 2021.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**