UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RICHARD I. MILLER | CIVIL ACTION |
| VERSUS | NO. 20-3044 |
| TOURO INFIRMARY | SECTION "I" (2) |

## ORDER

**IT IS ORDERED** that a second **Settlement Conference** is scheduled for **WEDNESDAY, JUNE 16, 2021**, **at 2:00 p.m.**, before Magistrate Judge Donna Phillips Currault. This settlement conference will be conducted via video-conference.[1] Participation of parties in addition to counsel increases the efficiency and effectiveness of the Settlement Conference. Therefore, **counsel must instruct their clients to be present on the videoconference at the start of the conference.**

New Orleans, Louisiana, this ___14th___ day of June, 2021.

_____
DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. LANCE M. AFRICK**

---

[1] A log-in invitation for the video conference will be emailed to counsel shortly before the scheduled conference. Participants are reminded of requirements of our Local Rules with respect to proper attire in the courtroom. They are to abide by those requirements even when participating via video conference. Participants are further reminded of the general prohibition against photographing, recording, or rebroadcasting of court proceeding which likewise apply to proceedings conducted over video conference. Violations of these prohibitions may result in sanctions, as deemed necessary or appropriate.