UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RICHARD I. MILLER**                                                                 CIVIL ACTION

**VERSUS**                                                                                      No. 20-3044

**TOURO INFIRMARY**                                                              SECTION I

## ORDER

Due to a scheduling conflict,

**IT IS ORDERED** that the pretrial conference in the above-captioned matter is **CONTINUED** to **WEDNESDAY, JUNE 23, 2021, at 10:00 A.M.** The pretrial conference will be held in person.

New Orleans, Louisiana, June 14, 2021.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE