UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RICHARD I. MILLER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-3044** |
| **TOURO INFIRMARY** | **SECTION: "I" (2)** |

This Court has been advised that the above-captioned case has settled. U.S. Magistrate Judge Donna Phillips Currault and counsel are thanked for their assistance.

New Orleans, Louisiana, this 16th day of June, 2021.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE